**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LUIS MARIN, Individually on behalf of | § | |
| All those similarly situated, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:17-cv-1767 |
| | § | |
| G.W. PHILLIPS CONCRETE | § | |
| CONSTRUCTION, INC. and | § | |
| GEORGE W. PHILLIPS, III | § | |
| Defendants. | § | JURY DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

On this the _____ day of _____, 2017/2018, the parties having filed an Agreed

Stipulation of Dismissal Without Prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii), the Court hereby

dismisses the above entitled cause with prejudice  and would respectfully show unto this Court as

follows:

1. Plaintiff's Original Complaint was filed on June 9, 2017 wherein Plaintiff asserted a cause

   under the Fair Labor Standards Act.  Defendant has appeared and filed an Answer herein.

2. The parties, by signatures of their respective counsel, stipulate that this lawsuit should be

   dismissed with prejudice.  Accordingly, Plaintiff's Fair Labor Standards Act Claim claim

   is dismissed as to Defendants with prejudice.  Expenses to be paid by the parties incurring

   the same.


_____

UNITED STATES DISTRICT JUDGE