United States District Court
Southern District of Texas
**ENTERED**
January 03, 2018
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LUIS MARIN, Individually on behalf of | § | |
| All those similarly situated, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:17-cv-1767 |
| | § | |
| G.W. PHILLIPS CONCRETE | § | |
| CONSTRUCTION, INC. and | § | |
| GEORGE W. PHILLIPS, III | § | |
| Defendants. | § | JURY DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

On this the 22nd day of December , 2017 the parties having filed an Agreed Stipulation of Dismissal Without Prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii), the Court hereby dismisses the above entitled cause with prejudice and would respectfully show unto this Court as follows:

1. Plaintiff's Original Complaint was filed on June 9, 2017 wherein Plaintiff asserted a cause under the Fair Labor Standards Act. Defendant has appeared and filed an Answer herein.

2. The parties, by signatures of their respective counsel, stipulate that this lawsuit should be dismissed with prejudice. Accordingly, Plaintiff's Fair Labor Standards Act Claim claim is dismissed as to Defendants with prejudice. Expenses to be paid by the parties incurring the same.

DEC 2 9 2017

_____
UNITED STATES DISTRICT JUDGE